# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRUCE I. SCHWARTZ & CHERYL L. SCHWARTZ          Case Number: 07-71391
902 CLAY STREET                         SSN-xxx-xx-6737 & xxx-xx-2810
WOODSTOCK, IL  60098

Case filed on:          6/7/2007
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,338.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 1,774.00 | 1,774.00 | 1,000.00 | 0.00 |
|  | Total Legal | 1,774.00 | 1,774.00 | 1,000.00 | 0.00 |
| 005 | ENCORE RECEIVABLE MGMT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FRIEDMAN & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BLATT, HASENMILLER, ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | TSYS TOTAL DEBT MGMT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ACADEMY COLLECTION SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CCB CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ASSOCIATED CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRUCE I. SCHWARTZ | 0.00 | 0.00 | 269.91 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 269.91 | 0.00 |
| 001 | AIG AMERICAN GENERAL LIFE INS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | THRIVENT LIFE INSURANCE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDITORS FINANCIAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 11,159.72 | 11,159.72 | 0.00 | 0.00 |
| 008 | BENEFICIAL | 8,136.31 | 8,136.31 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 16,632.52 | 16,632.52 | 0.00 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 2,629.28 | 2,629.28 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 15,572.96 | 15,572.96 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 13,380.14 | 13,380.14 | 0.00 | 0.00 |
| 016 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 612.97 | 612.97 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 665.52 | 665.52 | 0.00 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 4,547.65 | 4,547.65 | 0.00 | 0.00 |
| 021 | THRIVENT FINANCIAL FOR LUTHERANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | US BANK NA | 13,126.08 | 13,126.08 | 0.00 | 0.00 |
| 023 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,258.00 | 1,258.00 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 19,994.36 | 19,994.36 | 0.00 | 0.00 |
|  | Total Unsecured | 107,715.51 | 107,715.51 | 0.00 | 0.00 |
|  | Grand Total: | 109,489.51 | 109,489.51 | 1,269.91 | 0.00 |

Total Paid Claimant:     $1,269.91
Trustee Allowance:       $68.09         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                         /s/ Lydia S. Meyer
                                        Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan